```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NEW YORK LIFE INSURANCE COMPANY,       :
          Plaintiff,                    :
v.                                     :      **ORDER**
                                       :
CHRISTOPHER KRAVITZ, S.K., a minor, E.K., :   20 CV 6636 (VB)
a minor, ROSE CONETTA, and DANIEL      :
CONETTA,                               :
          Defendants.                   :
--------------------------------------------------------------x

      On December 16, 2020, the Court received a letter from Carol Angerman, on behalf of defendants Rose Conetta and Daniel Conetta (together, the "Conettas"). The letter is signed by Ms. Angerman and both Rose and Daniel Conetta. In the letter, the Conettas request an extension of time to file an answer or otherwise respond to the complaint.

      The Conettas' request for an extension of time is GRANTED. The Conettas shall answer, move, or otherwise respond to the complaint by February 15, 2021. If the Conettas require additional time to respond to the complaint, they must make a written application to the Court prior to February 15, 2021.

      A copy of the letter was apparently sent to plaintiff's counsel. Because the letter contains sensitive information that should not be on the public docket, the letter will be filed under seal, subject to being unsealed at a later date if appropriate.

      The Conettas are strongly encouraged to retain an attorney to represent them in this matter. In the meantime, the Court directs the Conettas to consult the New York Legal Assistance Group (NYLAG) Legal Clinic for Pro Se litigants regarding the matters discussed in the complaint and in the letter. Due to the current public health crisis, NYLAG is conducting intake appointments only by appointment and only over the phone. An appointment may be made by calling (212) 659-6190.

      Chambers will mail a copy of this Order to the Conettas at the address set forth below.

The Clerk is instructed to update the docket to reflect that the Conettas' address is as follows:

Rose Conetta
Daniel Conetta
3 Toni Court
Valley Cottage, NY 10989

Dated: December 17, 2020
White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge