UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

---

NEW YORK LIFE INSURANCE
COMPANY,

        Plaintiff,

v.

CHRISTOPHER KRAVITZ,
S.K., a minor,
E.K., a minor,
ROSE CONETTA, and
DANIEL CONETTA,

        Defendants.

Case 7:20-cv-06636-VB



---

## ORDER FOR DISTRIBUTION AND OTHER RELIEF

Upon Stipulation and Joint Motion for an Order and Other Relief submitted by Plaintiff, New York Life Insurance Company (the "Company"), and Defendants, Christopher Kravitz, Individually and as legal guardian of S.K., a minor, and E.K., a minor, and Rose and Daniel Conetta, and good cause having been shown,

**IT IS ORDERED** as follows:

    1.    Christopher Kravitz is hereby appointed as Guardian of the Estate and/or Guardian of the Property of S.K., a minor, for the purposes of entering into this Stipulation and releasing the Company of all liability under individual life insurance policy number 14 252 725 (the "Policy'), receiving funds on behalf of S.K., and otherwise representing S.K.'s claim to the Death Benefit[1];

---

[1] As a consequence of the Insured's death, Policy death benefits in the amount of $100,000 (the "Death Benefit") became due to a beneficiary or beneficiaries.

2.     Christopher Kravitz is hereby appointed as Guardian of the Estate and/or Guardian of the Property of E.K., a minor, for the purposes of entering into this Stipulation and releasing the Company of all liability under the Policy, receiving funds on behalf of E.K., and otherwise representing E.K.'s claim to the Death Benefit;

3.     Upon the Company's receipt of any IRS W-9 or claim forms deemed necessary by the Company, the Company shall issue a check payable to the order of "Christopher Kravitz as Trustee for S.K."[2] and equal to the sum of $50,000, representing 50% of the Death Benefit due, plus applicable interest;

4.     Upon the Company's receipt of any IRS W-9 or claim forms deemed necessary by the Company, the Company shall issue a check payable to the order of "Christopher Kravitz as Trustee for E.K."[3] and equal to the sum of $50,000, representing 50% of the Death Benefit due, plus applicable interest;

5.     Christopher Kravitz shall deposit the proceeds into accounts created for the Minor Children and shall otherwise maintain the Death Benefit as Trustee and for the Minor Children and use the same for the benefit of the Minor Children, until such time as each child attains the age of 21, when the remaining balance of the funds held in trust shall be released to the respective Minor Children;

6.     Upon distribution of the Death Benefit as described in Paragraphs 3-4 above, the Company shall be discharged from any and all liability to the Defendants relating to the Policy

---

[2] Due to privacy of the minor, S.K. is identified by his initials only in these pleadings; the payment as described herein shall have S.K.'s full name on the check and any other information required by the bank.

[3] Due to privacy of the minor, E.K. is identified by her initials only in these pleadings; the payment as described herein shall have E.K.'s full name on the check and any other information required by the bank.

and/or the Death Benefit, and the Defendants shall be permanently enjoined from making any further actual or implied claims, demands and causes of action, asserted or unasserted, express or implied, foreseen or unforeseen, real or imaginary, suspected or unsuspected, known or unknown, liquidated or unliquidated, of any kind or nature or description whatsoever, that the Defendants jointly and severally, ever had, presently have, may have, or claim or assert to have, or hereinafter have, may have, or claim or assert to have, against the Company with respect to the Policy and/or the Death Benefit;

7. Upon Notice to the Court of distribution of the Death Benefit as described in Paragraphs 3-4 above, this action shall be dismissed, with prejudice, without fees or costs to any party.

This ORDER shall be deemed a final judgment in accordance with Fed. R. Civ. P. 54(b), there being no just reason for delay.

IT IS SO ORDERED this 26th day of April, 2021.

_____
Vincent L. Briccetti
United States District Judge

8. By no later than 6/25/2021, plaintiffs' counsel shall advise the Court by letter that the Death Benefit has been distributed, or, if it has not yet been distributed, plaintiffs' counsel shall so advise the Court and provide a status report regarding same.

9. The Clerk shall terminate the motion. (Doc #31).