UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
NEW YORK LIFE INSURANCE COMPANY,            :
                            Plaintiff,      :
v.                                          :
                                            :
CHRISTOPHER KRAVITZ, S.K., a minor, E.K.,   :
a minor, ROSE CONETTA, and DANIEL           :
CONETTA,                                    :
                            Defendants.     :
----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/28/2021

**ORDER**

20 CV 6636 (VB)

By letter dated June 28, 2021 (Doc. #35), plaintiff's counsel has provided notice to the Court that the Death Benefit has been distributed as described in Paragraphs 3 and 4 of the Order for Distribution and Other Relief, dated April 26, 2021 (the "Order for Distribution"). (Doc. #32).

Accordingly, pursuant to the Order for Distribution, this case is dismissed, with prejudice, without fees or costs to any party.

The Clerk is instructed to close this case.

Plaintiff's counsel is directed to email a copy of this Order to Carol Angerman on behalf of Rose and Daniel Conetta, and to file proof of service of same on the ECF docket.

Dated: June 28, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge